UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 16-61827-CIV-MORENO**

LEOPOLDO FEDERICO GARCIA,

       Plaintiff,

vs.

HOUSE OF DELAROSA LLC d/b/a DE LA
ROSA REAL FOODS, JUDITH A.
GREENBERG, and ASHER GIRSHBERG,

       Defendants.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Notice of Settlement (**D.E. 30**), filed on **August 24, 2017**. It is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED WITH PREJUDICE** in accordance with the settlement agreement. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of September 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record