UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-61827-CIV-MORENO

LEOPOLDO FEDERICO GARCIA,

        Plaintiff,

vs.

HOUSE OF DELAROSA LLC d/b/a DE LA
ROSA REAL FOODS, JUDITH A.
GREENBERG, and ASHER GIRSHBERG,

        Defendants.
_____/

## ORDER GRANTING RENEWED MOTION FOR SETTLEMENT APPROVAL

THIS CAUSE came before the Court upon Plaintiff's Renewed Motion for Settlement Approval **(D.E. 34)**, filed on **November 20, 2017**. The Court rejected Plaintiff's first motion for settlement approval **(D.E. 32)** because Plaintiff's counsel would recover twice the amount as Plaintiff. The Parties then filed this renewed motion for settlement approval. The Parties appeared at Calendar Call on **November 21, 2017** and the Court heard argument on the renewed motion.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the renewed motion is GRANTED. The settlement agreement did not make clear that Plaintiff counsel's recovery included miscellaneous costs. The Court is reluctant to approve a Fair Labor Standards Act settlement in which the plaintiff's recovery is not reasonably comparable to that of plaintiff's counsel. After hearing argument, the Court finds that

the settlement agreement is reasonable because Plaintiff counsel's recovery, including miscellaneous costs, is reasonable based on the amount of work prepared by counsel. It is also

**ADJUDGED** that all pending motions are denied as moot.

DONE AND ORDERED in ~~Chambers~~ Open Court at Miami, Florida, this 21st of November 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record